| | |
|---|---|
| 1 | JOSHUA J. CLIFFE, Bar No. 215390 |
| | jcliffe@littler.com |
| 2 | SEAN P. PIERS, Bar No. 305607 |
| | spiers@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490 |
| 6 | Attorneys for Plaintiffs |
| | SOUTH CITY MOTORS, INC., CAPITOL EXPRESSWAY FORD, INC. and |
| 7 | FORD MOTOR COMPANY |
| 8 | ANNE BEVINGTON, Bar No. 111320 |
| | abevington@sjlawcorp.com |
| 9 | MATTHEW P. MINSER, Bar No. 296344 |
| | mminser@sjlawcorp.com |
| 10 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 1141 Harbor Bay Parkway, Suite 100 |
| 11 | Alameda, CA 94502 |
| | Telephone: 510.906.4710 |
| 12 | |
| 13 | Attorneys for Defendants |
| | AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, |
| | STEPHEN J. BACK, DON CROSATTO, MARK HOLLIBUSH, JON ROSELLE, |
| 14 | DOUG CORNFORD, JAMES V. CANTERBURY and JOSE SANTANA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH CITY MOTORS, INC., a Delaware corporation, CAPITOL EXPRESSWAY FORD, INC., a Delaware corporation, and FORD MOTOR COMPANY, a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, STEPHEN J. MACK, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH Trustee, DOUG CORNFORD, Trustee, JAMES V. CANTERBURY, Trustee, and JOSE SANTANA, Trustee, <br><br>Defendants. | Case No. 3:15-cv-01068-JST <br><br>STIPULATION AND JOINT REQUEST TO AMEND SCHEDULING ORDER; [~~PROPOSED~~] ORDER |

The Court's Scheduling Order of June 28, 2018 (Doc. No. 50) adopted the parties' agreed schedule for this action. That schedule contained an error relating to the timing of dispositive motions, setting a March 15, 2019 filing date, the same date as fact discovery cut-off, and an August 1, 2019 hearing date. The parties have made their initial disclosures and are currently engaged in discovery. They now request that the Court amend the schedule to extend both the fact and expert witness discovery to May 3, 2019, extend the dispositive motion filing date, and set a briefing schedule for cross-motions. The dispositive motion hearing date and all subsequent dates, including the trial date, would remain unchanged.

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and jointly requested by the parties, that the Court amend its Scheduling Order of June 28, 2018 as follows:

| Event | Deadline | Requested Amended Deadline |
|---|---|---|
| Deadline to file amended complaint | July 18, 2018 | No change |
| Initial disclosures | July 18, 2018 | No change |
| Deadline to file motion to dismiss amended complaint | August 8, 2018 | No change |
| **Completion of fact discovery** | **March 15, 2019** | **May 3, 2019** |
| **Disclosure experts/exchange expert reports** | **March 22, 2019** | **March 26, 2019** |
| **Rebuttal expert disclosure** | **April 5, 2019** | **April 9, 2019** |
| **Completion of expert discovery** | **April 29, 2019** | **May 3, 2019** |
| **Defendants file dispositive motion** | **March 15, 2019** | **May 31, 2019** |
| **Plaintiffs file opposition and cross-motion** | | **June 14, 2019** |
| **Defendants file opposition to cross-motion and reply in support of motion** | | **June 28, 2019** |
| **Plaintiffs file reply in support of cross-motion** | | **July 5,** 2019 |
| Hearing on dispositive motions | August 1, 2019 | No change |

| Final pretrial conference | October 4, 2019 | No change |
| Trial | October 28, 2019 at 8:00 a.m. | No change |

The parties respectfully request that the Court adopt the amendments requested above.

Dated: February 15, 2019

*/s/ Joshua J. Cliffe*
JOSHUA J. CLIFFE
SEAN P. PIERS
LITTLER MENDELSON, P.C.
Attorneys for Plaintiffs
SOUTH CITY MOTORS, INC.,
CAPITOL EXPRESSWAY FORD, INC.
and FORD MOTOR COMPANY

Dated: February 15, 2019

*/s/ Anne M. Bevington*
ANNE M. BEVINGTON
MATTHEW P. MINSER
SALTZMAN & JOHNSON LAW CORPORATION
Attorneys for Defendants
AUTOMOTIVE INDUSTRIES
PENSION TRUST FUND, ET AL.

## CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this stipulation and joint request has been obtained from each of the other Signatories.

Dated: February 15, 2019.

*/s/ Joshua J. Cliffe*
JOSHUA J. CLIFFE

## ORDER

Pursuant to the parties' Stipulation and Joint Request, IT IS SO ORDERED.

DATED: February 21, 2019.

_____
JON S. TIGAR
United States District Judge