UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH CITY MOTORS, INC., et al., | Case No. 15-cv-01068-JST |
| Plaintiffs, | |
| v. | **ORDER ADMINISTRATIVELY TERMINATING MOTIONS** |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., | Re: ECF No. 62 |
| Defendants. | |

This case has been stayed pending appeal. ECF No. 69. All pending motions are hereby administratively terminated. If the stay is lifted prior to the termination of this case, the parties shall file a request for case management conference to discuss further proceedings, including which, if any, of the administratively terminated motions should be restored to the calendar. The request shall be filed within 14 days of the lifting of the stay.

**IT IS SO ORDERED**.

Dated: August 23, 2019



JON S. TIGAR
United States District Judge